UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Lisa A. Smith,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Stowe Vail LLC,<br><br>　　　Defendant. | Civil Action No. 2:24–cv–1084-kjd |

## **ORDER**

　　　On or before December 2, 2024, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

　　　Dated at Burlington, in the District of Vermont, this 25th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge